**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1981**

_____

IYANNA ANDERSON,

　　　　Plaintiff - Appellant,

　　v.

SEAT PLEASANT POLICE DEPARTMENT; STATE OF MARYLAND, Attorney
General; LIEUTENANT HEYWARD (0159); CORPORAL STEVENS (0112);
OFFICER HARMON (0156); OFFICER BLAKE (0169); MCDONALD AUTO
BODY WORKS, INC., d/b/a McDonald Towing,

　　　　Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt.
Deborah Lynn Boardman, District Judge.  (8:22-cv-01542-DLB)

_____

Submitted:  February 27, 2024　　　　　　　　Decided:  February 29, 2024

_____

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Iyanna Anderson, Appellant Pro Se.  James Nelson Lewis, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Iyanna Anderson appeals the district court's order dismissing in part, and granting summary judgment in part, in Anderson's civil rights action. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Anderson's informal brief does not challenge any aspect of the district court's thorough and well-reasoned opinion disposing of Anderson's claims, she has forfeited appellate review of the appealed-from order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*